# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>*REAL PROPERTY AND PREMISES KNOWN AS*<br><br>**Lot Nos. 5, 10, 11 and 12 located in Debusk Estates, Greene County, Tennessee (a redivision of Lots 3 and 4 of the Burkey Property),**<br><br>　　　　　Defendant-Properties. | Case No. 19-CV-253-F |

## UNITED STATES' NOTICE OF LIS PENDENS

**Name of Purported Record Title Owner(s):**

　**Jeffrey Fillers**
　218 Pleasant Valley Estates Drive
　Eureka, MO 63025

　**Jeffrey Fillers Homes, LLC**
　218 Pleasant Valley Estates Drive
　Eureka, MO 63025

　**PLEASE TAKE NOTICE** the United States of America, on December 11, 2019, filed a Verified Complaint for Forfeiture *in Rem* against the described real property in the United States District Court, District of Wyoming, seeking a judgment and final order of forfeiture pursuant to 21 U.S.C. §§ 846, 841(a)(1), 18 U.S.C. §§ 1956 and 1957; 21 U.S.C. §881(a)(6); 21 U.S.C. § 881(a)(7); 18 U.S.C. § 985; 18 U.S.C. § 981(a)(C); and 18 U.S.C. § 981(a)(1)(A), forfeiting to the United States all right, title, and interest in and to the real property located at:

1. **Parcels located in Debusk Estates:** *Situate in the 9th Civil District of Greene County, Tennessee, and being Lot Nos. 5, 10, 11, and 12 of Debusk Estates (a redivision of Lots 3 and 4 of the Burkey Property), a plat of which is found of records in Plat Cabinet J, Slide*

*108, Register's Office for Greene County, Tennessee, to which reference is here made for a more complete description.*
*Being a portion of the property conveyed to Jeffrey Fillers Homes, LLC by deed of Jackie L. Seaton and wife, Melba Carlene Seaton, dated August 24, 2012, and recorded in Deed Book 515A, page 1390. Register's Office for Greene County, Tennessee.*

The United States seeks forfeiture of the above property pursuant to Title 18, United States Code, Section 981, Title 18, United States Code, Section 985 and Title 21, United Sates Code, Section 881. Further information concerning this action may be obtained from the records of the Clerk of Court, United States District Court, Cheyenne, Wyoming.

DATED this 11th day of December, 2019.

                                  MARK A. KLAASSEN
                                  United States Attorney

By: _____
                                  STEPHANIE A. HAMBRICK
                                  Assistant United States Attorney