IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>*REAL PROPERTY AND PREMISES KNOWN AS*<br><br>**12959 Water Gap Road, Josephine County, Williams, Oregon,**<br><br>Defendant-Property. | Case No. 19-CV-253-F |

## UNITED STATES' NOTICE OF LIS PENDENS

**Name of Purported Record Title Owner(s):**

**Jeffrey Fillers**
218 Pleasant Valley Estates Drive
Eureka, MO 63025

**Jeffrey Fillers Homes, LLC**
218 Pleasant Valley Estates Drive
Eureka, MO 63025

**First Community National Bank**
402 West Main Street
Steelville, MO 65565

**PLEASE TAKE NOTICE** the United States of America, on December 11, 2019, filed a Verified Complaint for Forfeiture *in Rem* against the described real property in the United States District Court, District of Wyoming, seeking a judgment and final order of forfeiture pursuant to 21 U.S.C. §§ 846, 841(a)(1), 18 U.S.C. §§ 1956 and 1957; 21 U.S.C. §881(a)(6); 21 U.S.C. § 881(a)(7); 18 U.S.C. § 985; 18 U.S.C. § 981(a)(C); and 18 U.S.C. § 981(a)(1)(A), forfeiting to the United States all right, title, and interest in and to the real property located at:

**12959 Water Gap Road, Williams, Oregon:** *A parcel of land in the northeast quarter of the northeast quarter and the northwest quarter of the southeast quarter of Section 2,*

*Township 38 South, Range 5 west of the Willamette Meridian, Josephine County, Oregon, being more particularly described as follows: beginning at the northeast corner of said northeast quarter of the southwest quarter; thence west 40 feet to the east right of way line of Water Gap Road; thence along said right of way line southerly 450 feet to the true point of beginning; thence south 68 degrees 35' east 320.00 feet; thence south 21 degrees 25' west 210.00 feet; thence south 68 degrees 35' east 250.00 feet; thence south 21 degrees 25' west 290.00 feet; thence north 68 degrees 35' west 600 feet, more or less, to the easterly right of way line of Water Gap Road; thence along said right of way line northerly 485 feet, more or less, back to the true point of beginning.*

The United States seeks forfeiture of the above property pursuant to Title 18, United States Code, Section 981, Title 18, United States Code, Section 985 and Title 21, United Sates Code, Section 881. Further information concerning this action may be obtained from the records of the Clerk of Court, United States District Court, Cheyenne, Wyoming.

DATED this 11th day of December, 2019.

                                            MARK A. KLAASSEN
                                            United States Attorney

By: *[signature]*
                                            STEPHANIE A. HAMBRICK
                                            Assistant United States Attorney